**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

**LAW OFFICES OF GENNARO DU TERROIL**
Gennaro Du Terroil (admitted *pro hac vice*)
18756 Stone Oak Pkwy Suite 200
San Antonio, TX  78258
Telephone: 210-998-5645
Facsimile: 210-495-4670
cibelliterroil@outlook.com

*Counsel for Plaintiffs*
*Additional counsel on following page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS and SAMUEL UMANZOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., and UNITED AIRLINES HOLDINGS, INC.,<br><br>Defendants. | Case No. 3:19-cv-04354-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

1
2
3
4

Robert Siegel (SBN 64604)
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
rsiegel@omm.com

5
6
7
8
9

Adam P. KohSweeney (SBN 229983)
Kristin MacDonnell (SBN 307124)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8912
Facsimile: 415-984-8701
akohsweeney@omm.com
kmacdonnell@omm.com

10

*Counsel for Defendants United Airlines, Inc. and United Airlines Holdings, Inc.*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs John Thomas and Samuel Umanzor ("*Thomas* Plaintiffs") and Defendants United Airlines, Inc. ("United") and United Airlines Holdings, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS Plaintiffs filed their Complaint against Defendants on July 30, 2019 (ECF 1);

WHEREAS Plaintiffs filed their First Amended Complaint on December 2, 2019 (ECF 27);

WHEREAS Defendants filed their answers to the respective Complaints on August 29, 2019, and December 16, 2019, respectively (ECF 14 and 31);

WHEREAS there are two related actions pending in California state courts, *Brown v. United Airlines, Inc., et al.*, No. 37-2019-00008533, pending in San Diego County Superior Court, and *Robinson v. United Airlines, Inc., et al.*, No. RG19014758, pending in Alameda County Superior Court, each of which asserts similar putative class action claims on behalf of overlapping classes (ECF 17);

WHEREAS the parties in the various proceedings have made efforts to coordinate discovery when practicable, and Plaintiffs in this matter jointly issued a *Bel-Aire West* notice to putative class members with plaintiff in the *Robinson* matter pending in Alameda County Superior Court;

WHEREAS discovery is ongoing in each matter and plaintiffs have yet to file motions for class certification in any of the cases;

WHEREAS Plaintiffs in this matter have conferred with Defendants and counsel for plaintiffs in the *Robinson* matter, and have mutually agreed to formally coordinate their litigations by dismissing the claims of the *Thomas* Plaintiffs and the putative class in this Court and pursuing them in Alameda County Superior Court with the *Robinson* matter;

WHEREAS Plaintiffs' dismissal of their claims and the claims of the putative class in this matter is without prejudice;

WHEREAS Plaintiffs' claims and those of the putative class members (including their notice issued under the Private Attorneys' General Act, California Labor Code Section 2699, *et seq.*) shall be tolled to the fullest extent of the law while the *Thomas* and *Robinson* litigations are coordinated either by: (1) the *Thomas* Plaintiffs filing a new complaint in the Alameda County

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

1    Superior Court and seeking to be related to the *Robinson* matter or (2) by filing an amended

2    complaint is filed in the *Robinson* matter adding the *Thomas* Plaintiffs and their claims;

3            WHEREAS the *Thomas* Plaintiffs agree to either file a new complaint in Alameda County

4    Superior Court or file an amended complaint in the *Robinson* matter which adds the *Thomas*

5    Plaintiffs no later than 30 days from the date this Court enters an order voluntarily dismissing the

6    *Thomas* matter without prejudice;

7            WHEREAS the *Thomas* Plaintiffs' voluntary dismissal is for purposes of judicial

8    efficiency, shall not be considered a dismissal on the merits, and shall not entitle any party to claim

9    that it is the prevailing party for purposes of any potential recovery of attorneys' fees and costs;

10           WHEREAS the Parties agree not to seek costs and/or attorneys' fees in connection with the

11   dismissal of this matter but reserve their rights to seek and recover attorneys' fees and costs before

12   the Alameda County Superior Court in connection with this matter pending resolution of the

13   *Robinson* matter;

14           WHEREAS Defendants reserve all other rights and defenses to the claims of *Thomas*

15   Plaintiffs and the putative classes.

16           NOW THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the order

17   of the Court, that:

18       1.    Plaintiffs' First Amended Complaint is voluntarily dismissed without prejudice;

19       2.    Plaintiffs' claims are tolled pending coordination with the *Robinson* matter in

20             Alameda County Superior Court either by filing of a new complaint or by

21             amendment of the *Robinson* complaint; and

22       3.    No party in this matter shall be considered a prevailing party for purposes of

23             recovery of attorneys' fees and costs.

24           IT IS SO STIPULATED.

25

26

27

28

Respectfully submitted,

DATED: May 28, 2021        **KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
            Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

**LAW OFFICES OF GENNARO DU TERROIL**
Gennaro Du Terroil (admitted *pro hac vice*)
18756 Stone Oak Pkwy Suite 200
San Antonio, TX  78258
Telephone: 210-998-5645
Facsimile: 210-495-4670
cibelliterroil@outlook.com

*Counsel for Plaintiffs*

DATED: May 28, 2021        **O'MELVENY & MYERS LLP**

By: /s/ *Adam P. Kohsweeney*
            Adam P. KohSweeney (SBN 229983)

Adam P. KohSweeney (SBN 229983)
Kristin MacDonnell (SBN 307124)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8912
Facsimile: 415-984-8701
akohsweeney@omm.com
kmacdonnell@omm.com

Robert Siegel (SBN 64604)
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
rsiegel@omm.com

*Counsel for Defendants United Airlines, Inc. and*
*United Airlines Holdings, Inc.*

1

**FILER'S ATTESTATION**

2      I, Matthew B. George, attest that concurrence in the filing of this document has been

3  obtained from the other signatories. I declare under penalty of perjury that the foregoing is true

4  and correct.

5

6      Executed this 28th day of May, 2021, at Pacifica, California.

7

8                                          */s/ Matthew B. George*

9                                          Matthew B. George

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation to Dismiss This Action Without Prejudice, and because this Court finds good cause exists based on said Stipulation, the Court hereby orders the following:

1. Plaintiffs First Amended Complaint is voluntarily dismissed without prejudice;

2. The *Thomas* Plaintiffs' claims are tolled pending coordination with the *Robinson* matter in Alameda County Superior Court either by filing of a new complaint or by amendment of the *Robinson* complaint; and

3. No party in this matter shall be considered a prevailing party for purposes of recovery of attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __June 1, 2021__          _____

HON. EDWARD M. CHEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE